IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR221 |
| vs. | |
| KORDAYE CARTER, | ORDER |
| Defendant. | |

This matter is before the court on defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS [30], and MOTION FOR DISCOVERY [31]. For good cause shown, I find that the requested extension should be granted to facilitate the receipt and review of discovery. Defendant will be given an approximate 30-day extension. Pretrial Motions shall be filed by September 20, 2017.

**IT IS ORDERED:**

1. Defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS [30] is granted. Pretrial motions shall be filed on or before September 20, 2017.

2. The Government shall provide discovery to Defendant pursuant to Rule 16, Fed. R. Cr. P., on or before August 14, 2017. Defendant's MOTION FOR DISCOVERY [31] is redundant and thus denied on that basis.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between today's date and September 20, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 7th day of August, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge