IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>KORDAYE CARTER,<br><br>                  Defendant. | **8:17CR221**<br><br>**ORDER** |

      This matter is before the Court on Defendant's Affidavit in Support of Motion for Extension of Time to File Pre-Trial Motions [49]. The Affidavit is unaccompanied by a motion. To the extent the filing was intended as a motion, it is denied. Defendant is in custody, and has been since his initial appearance on or about June 30, 2017; this constitutes a sixth request for an extension to file pretrial motions; the previous extension expired on December 1, 2017; and the case is set for trial on February 26, 2018. For the reasons set forth above, and absent a showing of good cause, Defendant's request is denied.

      IT IS SO ORDERED.

      Dated this 29th day of January, 2018.

                                                      BY THE COURT:

                                                      s/ Michael D. Nelson<br>
                                                      United States Magistrate Judge