IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17-CR-221 |
| vs. | |
| KORDAYE CARTER, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 89) to the Magistrate Judge's order (filing 86) denying the defendant's motion to compel the attendance of a government witness (filing 79). The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1) and agrees with the Magistrate Judge's order. Accordingly,

IT IS ORDERED that the defendant's objection (filing 89) is overruled.

Dated this 15th day of May, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge