## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17-CR-221 |
| vs. | |
| KORDAYE CARTER, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 117) to the Magistrate Judge's findings and recommendation (filing 116) that the defendant's motion to dismiss based on outrageous government conduct and newly discovered evidence (filing 66) be denied. The Court has conducted a de novo review of the motion to dismiss, pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 116) are adopted.

2. The defendant's objection (filing 117) is overruled.

3. The defendant's motion to dismiss based on outrageous governmental conduct and newly discovered evidence (filing 66) is denied.

Dated this 1st day of October, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge